UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN G. KEMPNER                                 :

                                                 :          ORDER
                 Plaintiff,                                 25 Civ. 6729 (VSB) (GWG)
                                                 :

     -v.-                                        :

                                                 :

                                                 :
JP MORGAN CHASE BANK, N.A.,

                                                 :
                 Defendant.                      :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Because the motion to compel arbitration has now been referred to the undersigned, the
remaining briefing shall comply with paragraphs 2.C through 2.F of the Court's Individual
Practices.   Additionally, the Court notes that the time permitted for the filing of opposition
papers -- more than two months -- is extraordinary and there will be no further extensions.

        Finally, within 7 days of the filing of the opposition brief, the defendant is directed to file
a letter indicating whether it in fact requires more than two months to file its reply brief, as the
current schedule permits, and if so why.


        SO ORDERED.


Dated:  January 27, 2026

        New York, New York


                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge